```
_____ FILED     _____ ENTERED
_____ LODGED    _____ RECEIVED

        MAY 0 8 2003    KN

           AT SEATTLE
      CLERK U S DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

CV 03-1053 #1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOTIMA MANGUNGU AND GRACE MANGUNGU,

    Plaintiffs,

v

THE CITY OF SEATTLE, et al.,

    Defendants

No. C03-1053

King County Superior Court
Cause No   03-2-23611-0SEA

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)**
**(FEDERAL QUESTION)**

TO    THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Defendants hereby give notice that they are removing this case to the United States District Court for the Western District of Washington on the grounds set forth below.

1. On April 10, 2003, defendant City of Seattle was served with a copy of plaintiffs' Summons and Complaint

2. On April 21, the above-entitled action was filed against defendants in King County Superior Court and thereafter was given cause number 03-2-23611-0SEA  The matter was assigned to The Honorable Glenna S Hall  <u>See Exhibit A</u> attached to the Verification of State Court Records.

NOTICE OF REMOVAL TO FEDERAL COURT - 1

STAFFORD FREY COOPER
———— *Professional Corporation* ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

\\EARTH\DATA\CLIENTS\3019\24597\PLD REMOVAL-NOTICE2FEDCOURT DOC

3. On April 25, 2003, counsel for defendants filed a Notice of Appearance on behalf of defendant City of Seattle with the Superior Court, which is attached as <u>Exhibit B</u> to the Verification of State Court Records

4. Counsel for the defendants have not received verification whether defendants Officer Tom Conrad and Sergeant Steve Jandoc have been served. In any event, all defendants are represented by Stafford Frey Cooper, P C and join in this removal (without waiving insufficiency of service or process of service)

5. There have been no further proceedings in this action

6. Under the express terms of the complaint, plaintiffs allege claims for civil rights violations under 42 U S C Sec 1983.

7. The claims for a violation of 42 U S C Sec 1983 arise under and are controlled by the laws and the Constitution of the United States and therefore fall within the original jurisdiction of the United States District Court. <u>See</u> 28 U S C §§ 1331, 1343, & 1441(b). The entire case may be removed to the United States District Court for determination of all issues. <u>See</u> 28 U S C § 1441(c).

8. Defendants have filed this Notice of Removal within thirty days after receipt, through service or otherwise, of a copy of plaintiffs' Complaint. <u>See</u> 28 U.S C. § 1446(b)

9. This Court is the district court of the United States for the district and division embracing the place where the state court action is currently pending. <u>See</u> 28 U S C § 1441(a).

NOTICE OF REMOVAL TO FEDERAL COURT - 2

STAFFORD FREY COOPER
———Professional Corporation———
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

\\EARTH\DATA\CLIENTS\3019\24597\PLD REMOVAL-NOTICE2FEDCOURT DOC

WHEREFORE, defendants hereby give notice that the civil action in King County Superior Court of the State of Washington has been removed from that Court to the United States District Court for the Western District of Washington

DATED this 7 day of May, 2003 at Seattle, Washington

**STAFFORD FREY COOPER, P.C.**

By _____
Stephen P Larson, WSBA #4959
Jeff T Gutierrez, WSBA #31971
Attorneys for Defendants

NOTICE OF REMOVAL TO FEDERAL
COURT - 3

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101-2621
Telephone (206) 623-9900

\\EARTH\DATA\CLIENTS\3019\24597\PLD Removal-Notice2FedCourt doc

JS 44
(Rev 799)

# C03-1053 CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM )

FILED ____ ENTERED
____ LODGED ____ RECEIVED

MAY 0 8 2003  KN
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**I. (a) PLAINTIFFS**
BOTIMA MANGUNGU and GRACE MANGUNGU

**DEFENDANTS**
THE CITY OF SEATTLE, et al.,

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  KING
(EXCEPT IN U S PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  KING
(IN U S PLAINTIFF CASES ONLY)
NOTE   IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME ADDRESS AND TELEPHONE NUMBER)
Andrew W. Schwarz
Suite 320, 119 First Avenue South
Seattle, WA  98104   (206) 622-9909

Jeff T. Gutierrez, STAFFORD FREY COOPER, PC
2500 Rainier Tower, 1301 Fifth Avenue
Seattle, WA  98101   (206) 623-9900

**II BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U S Government Plaintiff
- ☒ 3 Federal Question (U S Government Not a Party)
- ☐ 2 U S Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | **PERSONAL PROPERTY** | ☐ 640 R R & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran s Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl Ret Inc Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Plaintiffs allege civil rights violations pursuant to 42 USC Section 1983.
Defendants are removing the action pursuant to 28 USC Section 1441(b).

**VII. REQUESTED IN COMPLAINT:**  CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F R C P 23

**DEMAND $**

CHECK YES only if demanded in complaint
**JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions)   JUDGE _____   DOCKET NUMBER _____

DATE  5/7/03

SIGNATURE OF ATTORNEY OF RECORD  Jeff. T. Gutierrez, WSBA #31971

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG JUDGE _____

Original