The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOTIMA MANGUNGU and GRACE MANGUNGU,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE; SEATTLE POLICE DEPARTMENT; OFFICER TOM CONRAD and JANE DOE CONRAD, husband and wife and the marital community composed thereof; and SERGEANT STEVEN JANDOC and JANE DOE JANDOC, husband and wife and the marital community composed thereof,<br><br>Defendants. | No.  C03-1053P<br><br>DECLARATION OF STEPHEN P. LARSON IN SUPPORT OF DEFENDANTS' MOTION TO CONTINUE |

STEPHEN P. LARSON declares as follows:

1. I am attorney of record for the defendants in the above-entitled matter and am competent to testify to the matters stated herein.

2. I advised plaintiffs' attorney, prior to receiving his motion to compel, that I would be out of the state visiting my children on the east coast from Thursday,

DECLARATION OF STEPHEN P. LARSON IN SUPPORT OF DEFENDANTS' MOTION TO CONTINUE - C03-1053P - 1
U:\CLIENTS\3019\24597\PLD CONTINUE-SPL DECL.DOC

STAFFORD FREY COOPER
*Professional Corporation*
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885

1  February 19, 2004 through Monday, March 1, 2004.  Mr. Schwarz had advised me that
2  he was filing a motion to compel and noting it for Friday, March 5, 2004.
3        3.      I requested that Mr. Schwarz continue the motion one week until Friday,
4  March 12, 2004, however he declined to do so voluntarily.  Mr. Schwarz did advise me
5  that if I made a motion to continue the motion from March 5 to March 12, that he would
6  not oppose that motion.  Therefore, the court is requested to continue the motion one
7  week and permit respondents briefing to be filed on Monday, March 8, 2004.
8        DATED this 12th day of March, 2004.
9                            STAFFORD FREY COOPER
10
11                           /s/Stephepn P. Larson via ECF
                             Stephen P. Larson
12
13
14
15
16
17
18
19
20
21
22
23

DECLARATION OF STEPHEN P. LARSON IN SUPPORT OF DEFENDANTS' MOTION TO CONTINUE - C03-1053P - 2
U:\CLIENTS\3019\24597\PLD CONTINUE-SPL DECL.DOC

STAFFORD FREY COOPER
─── Professional Corporation ───
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885

<u>Certificate of Service</u>

I certify that on the date noted below I presented DECLARATION OF STEPHEN P. LARSON IN SUPPORT OF MOTION TO CONTINUE to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following persons:

Andrew Schwarz
<u>awslaw@wolfnet.com</u>
119 - 1st Avenue, #320
Seattle, WA  98104
(206) 622-9909
FAX:  (206) 622-6636
   *Attorney for Plaintiffs*

and I certify that I have caused to be served in the manner noted below a copy of the above-listed document to the following non CM/ECF participants:


[ ] Via Facsimile
[ ] Via First Class Mail
[ ] Via Messenger

DATED this 12th day of February, 2004, at Seattle, Washington.

        /s/ Stephen P. Larson via ECF
        Stephen P. Larson, WSBA #4959

---

DECLARATION OF STEPHEN P. LARSON IN SUPPORT OF DEFENDANTS' MOTION TO CONTINUE - C03-1053P - 3

U:\CLIENTS\3019\24597\PLD CONTINUE-SPL DECL.DOC

STAFFORD FREY COOPER
*Professional Corporation*
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.