# EXHIBIT A
## TO
### DECLARATION OF JENNIFER A. TRAN IN REPLY REGARDING MOTION FOR EXTENSION OF TIME

## Jennifer Tran

**From:** ECF@wawd.uscourts.gov
**Sent:** Friday, April 30, 2004 1:30 PM
**To:** ECF@wawd.uscourts.gov
**Subject:** Activity in Case 2:03-cv-01053-MJP Mangungu, et al v. Seattle City of, et al

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Western District of Washington

Notice of Electronic Filing

The following transaction was received from MD, entered on 4/30/2004 at 1:29 PM PDT and filed on 4/29/2004

**Case Name:**       Mangungu, et al v. Seattle City of, et al
**Case Number:**     2:03-cv-1053
**Filer:**
**Document Number:** 62

**Docket Text:**
ORDER RE: INTERNAL INVESTIGATION FILES by Judge Marsha J. Pechman. (MD, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=4/30/2004] [FileNumber=736787-0]
[d3ebd2abce6de15398979043c7781cd3a23abde960a305e234c774268ed790281259
31453020dec96eb391a2c26abae316935744140715fe30224327e1085c7b]]

**2:03-cv-1053 Notice will be electronically mailed to:**

Stephen Powell Larson    slarson@staffordfrey.com,
bcarranza@staffordfrey.com;dmashburn@staffordfrey.com

Andrew Schwarz    awslaw@wolfenet.com, awsoffice@wolfenet.com

Jennifer Anh Tran    jtran@staffordfrey.com, skoehler@staffordfrey.com

**2:03-cv-1053 Notice will be delivered by other means to:**

Jeffrey Thomas Gutierrez
STAFFORD FREY COOPER
601 UNION ST
3100 TWO UNION SQ

5/11/2004