The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOTIMA MANGUNGU,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE; SEATTLE POLICE DEPARTMENT; OFFICER TOM CONRAD and JANE DOE CONRAD, husband and wife and the marital community composed thereof; and SERGEANT STEVEN JANDOC and JANE DOE JANDOC, husband and wife and the marital community composed thereof,<br><br>              Defendants. | No. C03-1053P<br><br>NOTICE OF COMPLIANCE WITH COURT'S ORDER ON MOTION FOR RECONSIDERATION DATED SEPTEMBER 28, 2004<br><br>**[CONFIDENTIAL LIST OF OFFICERS TO BE LODGED UNDER SEAL]** |

      Pursuant to this court's order on motion for reconsideration dated September 28, 2004 (Dkt. #87), the City of Seattle gives notice that it has supplemented it's prior answer to Interrogatory No. 9(a) by assigning numbers to the officers involved with each IIS file. The assigned numbers are used in answering and providing the supplemental answer to interrogatories.

TICE OF COMPLIANCE WITH COURT'S ORDER
ON MOTION FOR RECONSIDERATION DATED
SEPTEMBER 28, 2004 - 1

C03-1053P
\\europa\data\Clients\3019\24597\PLD Mot4 Reconsideration IIS-comp not.doc

STAFFORD FREY COOPER
———Professional Corporation———
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885

1  The confidential list of officers is being filed under seal with the court under
2  separate cover as instructed by the order on motion for reconsideration dated
3  September 28, 2004.

4  RESPECTFULLY SUBMITTED this 13th day of October, 2004.

5  STAFFORD FREY COOPER

6

7  By /s/Stephen P. Larson via ECF
   Stephen P. Larson, WSBA #4959
8  Attorneys for Defendants

TICE OF COMPLIANCE WITH COURT'S ORDER
ON MOTION FOR RECONSIDERATION DATED
SEPTEMBER 28, 2004 - 2

C03-1053P
\\europa\data\Clients\3019\24597\PLD Mot4 Reconsideration IIS-comp not.doc

STAFFORD FREY COOPER
―――― *Professional Corporation* ――――
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885

<u>Certificate of Service</u>

I certify that on the date noted below I electronically filed this document entitled NOTICE OF COMPLIANCE WITH COURT'S ORDER ON MOTION FOR RECONSIDERATION DATED SEPTEMBER 28, 2004 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Andrew Schwarz, WSBA #17303
awslaw@wolfnet.com
119 - 1st Avenue, #320
Seattle, WA  98104
(206) 622-9909
FAX:  (206) 622-6636
     Co-Counsel *for Plaintiffs*

Kenneth R. Friedman, WSBA #17148
kfriedman@frwlaw.us
Richard H. Friedman, WSBA #30626
rfriedman@frwlaw.us
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA  98337
360/782-4300
FAX:  360/782-4358
     *Co-Counsel for Plaintiffs*

and I certify that I have caused to be served in the manner noted below a copy of the above-listed document to the following non CM/ECF participants:

[ ] Via Facsimile
[ ] Via First Class Mail
[ ] Via Messenger

DATED this 13th day of October, 2004, at Seattle, Washington.

/s/ Stephen P. Larson via ECF
Stephen P. Larson, WSBA #4959

---

TICE OF COMPLIANCE WITH COURT'S ORDER ON MOTION FOR RECONSIDERATION DATED SEPTEMBER 28, 2004 - 3

C03-1053P
\\europa\data\Clients\3019\24597\PLD Mot4 Reconsideration IIS-comp not.doc

STAFFORD FREY COOPER
*Professional Corporation*
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885